UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Andrew Frost

    v.                    Case No. 08-cv-193-PB

United States of America


ORDER

    Re: Document No. 1, 2255 Motion

    Ruling:


This petition rehashes arguments that the court considered and rejected when it denied petitioner's section 2255 petition.  As the government correctly notes,  neither audita querela nor any provision of the All Writs Act entitles petitioner to review by this court of what is in effect a  second section 2255 petition. For these reasons, the petition is dismissed.


                                                /s/ Paul Barbadoro
                                              Paul Barbadoro
                                              U.S. District Judge

Date: June 30, 2008


cc: Andrew Frost, Pro Se
    Aixa Maldonado, Esq.