UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**Andrew Frost**

    **v.**                                      Case No. 08-cv-193-PB

**United States of America**

**NOTICE OF RULING**

    **Re:** Document No. 9, Motion for Certificate of Appealability

    **Ruling:** Frost's petition rehashes arguments that I resolved when I dismissed his first § 2255 petition. Precedent supports the government's position that Frost cannot circumvent the need to petition the Court of Appeals before proceeding with what is in effect a second § 2255 petition. Reasonable jurists would not disagree with these conclusions. Motion denied.

                                              /s/Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge

Date: September 19, 2008

cc:    Andrew Frost, Esq.
        Aixa Maldonado Quinones, AUSA